COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        David C. Ruch, Galvestonviews LLC, Entrust of Colorado, Inc. d/b/a Entrust New Direction Ira, Inc. d/b/a End-Ira, Inc. f/b/o David C. Ruch, IRA, Idle Time Investments, LLC, Robert F. Zant, Sue F. Zant, Ruthann Cassidy, Mari van de Ven, Hadfield Communications, Inc., Maureen Zambo, Reed A. Skirpan, Robert C. Carlson, Lynda M. Carlson, Barbara Sherman, and Richard Sherman v. Maravilla Owners' Association, Inc., Jacque Passino, Lyssa M. Graham Reynolds, Cathleen Comeaux Bach, John Kubis, Lloyd Rinderer, Lone Pine Properties, Ltd., and Green Light Investments, LLC

Appellate case number:      01-16-00623-CV

Trial court case number:    11-CV-0697

Trial court:                10th District Court of Galveston County

On August 9, 2016, this Court's Memorandum Order, among other things, granted the joint unopposed motion to sever under appellate cause number 01-15-01081-CV. That Memorandum Order also directed the Clerk of this Court to assign new appellate cause number 01-16-00623-CV to the severed case involving the Plaintiffs and Settling Defendants, and to file a copy of the clerk's record, joint motion to sever, and latest notice of appeal in 01-16-00623-CV. The parties are directed to designate any additional items to be transferred from 01-15-01081-CV to 01-16-00623-CV **within twenty (20) days** of this order.

In addition, the parties are directed to file any motion to set aside the trial court's judgment without regard to the merits and remand for rendition of judgment, in accordance with the parties' settlement agreement, and to expedite the mandate, **within twenty (20) days** of this order. *See* TEX. R. APP. P. 18.1(c), 42.1(a)(2)(B), 42.1(d), 43.2(d). Unless the appellants are exempt from paying filing fees or have been declared indigent, the appellants must pay the required $205 filing fee to prosecute this appeal.

*See* TEX. R. APP. P. 5, 20.1.  The filing fee must be paid **within twenty (20) days** of this order.

It is so **ORDERED**.

Judge's signature: /s/ Laura C. Higley
                 ☑ Acting individually    ☐ Acting for the Court

Date:  August 9, 2016